IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          )
OLIVER BITUIN MERCADO                           )   Case No. 14-26544
and KIM APRIL G. MERCADO                        )   Chapter 13
*aka* KIM GATAPIA MERCADO,                      )   Judge: Timothy A. Barnes
       Debtors.                                 )

### NOTICE OF JOINT MOTION

TO:   Oliver Bituin Mercado, 602 W. Happfield Drive, Arlington Heights, IL 60004
      Kim April G. Mercado, 602 W. Happfield Drive, Arlington Heights, IL 60004
      Marilyn O. Marshall, 224 South Michigan Avenue, Suite 800, Chicago, IL 60604
      Office of the United States Trustee, 219 S. Dearborn Street, Suite 873, Chicago, IL 60604
      ALL CREDITORS ON ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on **April 7, 2016, at 9:30 AM**, the undersigned shall appear before the Honorable Judge Timothy A. Barnes, at 219 S. Dearborn Street, Courtroom 744, Chicago, IL 60604 and present the attached **Joint Motion to Modify Confirmed Plan Pursuant to 11 U.S.C. §1329**, a copy of which is attached to this notice.

Dated this 9th day of March, 2016.              Dated this 9th day of March, 2016.

SULAIMAN LAW GROUP, LTD                         O'DESS AND ASSOCIATES, S.C.
Attorneys for Debtors                                Attorneys for Wilmington Savings Fund
Society,

                                                FSB, not in its individual capacity but solely as
                                                Trustee of the PrimeStar-H Fund I Trust
                                                c/o Statebridge Company, LLC, its servicer

By:   Penelope N. Bach                          By:   D. Alexander Martin

Drafted by:
D. Alexander Martin
O'Dess and Associates, S.C.
1414 Underwood Avenue, Suite 403
Wauwatosa, WI 53213
(414) 727-1591
(414) 727-1590 fax
dmartin@odesslaw.com

CERTIFICATE OF SERVICE

The undersigned certifies that on the 9th day of March, 2016, s/he caused a copy of this notice, along with a copy of the joint motion to be served by US Mail upon the above parties by causing the same to be mailed in a properly addressed envelope, postage prepaid, from 1414 Underwood Avenue, Suite 403, Wauwatosa, Wisconsin 53213.

By: D. Alexander Martin

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 14-26544<br>Northern District of Illinois<br>Chicago<br>Wed Feb 17 12:48:37 CST 2016 | Ditech Financial LLC<br>PO BOX 0049<br>Palatine, IL 60055-0001 | Green Tree Servicing LLC<br>55102 |
| OCWEN LOAN SERVICING, LLC.<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| American Express<br>PO Box 3001<br>16 General Warren Blvd.<br>Malvern, PA 19355-1245 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| Associated Receivables Inc.<br>4199 Day Road<br>Augusta, GA 30907-4644 | BMO Harris Bank N.A.<br>ATTN: BRK-180-RC<br>770 N Water St<br>Milwaukee WI 53202-0002 | BMO Harris Bank N.A. *<br>111 W. Monroe Street<br>Chicago, IL 60603-4095 |
| Bank Of America, N.A. *<br>401 N. Tryon Street<br>NC1-021-02-20<br>Charlotte, NC 28255-0001 | Bank of America<br>4060 Ogletown/Stanton Road<br>Newark, DE 19713 | Capital One Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Chase<br>Attn:  Bankriuptcy<br>PO Box 15298<br>Wilmington, DE 19850-5298 | DSNB Macy's<br>9111 Duke Blvd.<br>Mason, OH 45040-8999 | DeVry Education Group<br>814 Commerce Drive<br>Oak Brook, IL 60523-1965 |
| Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Fisher and Shapiro, LLC<br>2121 Waukegan Road, Suite 301<br>Deerfield, IL 60015-1831 | GECRB / Sam's Club<br>PO Box 103104<br>Roswell, GA 30076-9104 |
| (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 | Green Tree Servicing LLC<br>c/o Pierce & Associates<br>1 N. Dearborn, Suite 1300<br>Chicago, IL 60602-4321 | Green Tree Servicing, LLC<br>PO Box 6172<br>Rapid City, SD 57709-6172 |
| Hyundai Lease Titling Trust<br>PO Box 20809<br>Fountain Valley, CA 92728-0809 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Keller Graduate School of Management<br>75 Remittance Drive, Suite 1815<br>Chicago, IL 60675-1815 |
| Kohl's / Capital One Bank<br>N56 W 17000 Ridgewood Drive<br>Menomonee Falls, WI 53051-7096 | Ocwen Loan Servicing, LLC<br>3451 Hammond Avenue<br>Waterloo, IA 50702-5345 | Ocwen Loan Servicing, LLC<br>Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>1100 Virginia Drive, Suite 175<br>Fort Washington, PA 19034-3204 |

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Statebridge Company, LLC
5680 Greenwood Plaza, Suite 100 S
Englewood, CO 80111-2404

TD BANK USA, N.A.
C O WEINSTEIN,PINSON AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

TD Bank USA / Target Card
PO Box 673
Minneapolis, MN 55440-0673

The Village of Lake Delton
50 Wisconsin Dells Parkway South
Lake Delton, WI 53940

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Kim April G. Mercado
602 W. Happfield Drive
Arlington Heights, IL 60004-7138

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Nathan C Volheim
Sulaiman Law Group, LTD
900 Jorie Blvd
Suite 150
Oak Brook, IL 60523-3810

Oliver Bituin Mercado
602 W. Happfield Drive
Arlington Heights, IL 60004-7138

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Notice and Joint Motion will not be served by US mail on the entities at the addresses listed below.

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance
PO Box 168088
Irving, TX 75016

(d)American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088
866-716-6441

Green Tree Servicing LLC
PO BOX 6154
Rapid City, SD 57709-6154
Telephone # 888-298-7785

(d)GreenTree Servicing, LLC
345 St. Peter Street
Saint Paul, MN 55102

Portfolio Recovery Associates, LLC
Successor to CAPITAL ONE, NA (CAPITAL ON
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
Successor to SYNCHRONY BANK (SAMS CLUB)
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
Successor to US BANK NATIONAL ASSOCIATIO
POB 41067
Norfolk, VA 23541

US BANK N.A.
BANKRUPTCY DEPARTMENT
P.O. BOX 5229
CINCINNATI, OH 45201-5229

(d)US Bank Hogan Loc
PO Box 5227
Cincinnati, OH 45201

(d)US Bank NA, ND
4325 17th Ave S
Fargo, ND 58125

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)American Honda Finance Corporation | (u)Hyundai Lease Titling Trust | (u)Ocwen Loan Servicing, LLC |
| (d)OCWEN LOAN SERVICING, LLC.<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | (d)Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     5<br>Total                   45 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                )
OLIVER BITUIN MERCADO                 )    Case No. 14-26544
and KIM APRIL G. MERCADO              )    Chapter 13
*aka* KIM GATAPIA MERCADO,            )    Judge: Timothy A. Barnes
    Debtors.                          )

JOINT MOTION TO MODIFY CONFIRMED PLAN PURSUANT TO 11 U.S.C. §1329

NOW COMES the debtors, Oliver Bituin Mercado and Kim April G. Mercado, through their attorneys, Sulaiman Law Group, Ltd, by Penelope N. Bach, and creditor, Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of the PrimeStar-H Fund I Trust, c/o Statebridge Company, LLC, its servicer, through its attorneys, O'Dess and Associates, S.C., by D. Alexander Martin, pursuant to 11 U.S.C. §1329, to present this **Joint Motion to Modify Confirmed Plan Pursuant to 11 U.S.C. §1329**, and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §1334 and this is a "core proceeding" under 28 U.S.C. §157(b)(2).

2. Debtors filed their petition for relief and Chapter 13 Plan on July 18, 2014 and their Modified Chapter 13 Plan on October 10, 2016.

3. On November 3, 2014, the Court confirmed the debtors' Modified Chapter 13 Plan.

4. Debtors checked the box indicating special provisions set out in Section G of the Modified Chapter 13 Plan and in that section provided, in part, for the surrender of real property commonly known as 284 Dogwood Lane, Lake Delton, Wisconsin 53940 and for the vesting of said property in Statebridge Company, LLC.

3

5. Statebridge Company, LLC is the mortgage servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of the PrimeStar-H Fund I Trust, the mortgagee of record and owner of the note secured by the mortgage.

6. But for the inadvertent mistake identifying the owner of the note and mortgagee of record, debtors' plan would have correctly surrendered and vested the property in Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of the PrimeStar-H Fund I Trust.

7. Debtors have taken steps to execute appropriate conveyance documents to deed the property to Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of the PrimeStar-H Fund I Trust in lieu of foreclosure. A copy of which is attached as Exhibit 1 and incorporated by reference.

8. To successfully complete their plan, debtors request that the name of the entity to whom the property is surrendered and in whom it is vested shall be changed from Statebridge Company, LLC to Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of the PrimeStar-H Fund I Trust.

9. Debtors further request to modify their confirmed plan to authorize and direct the debtors to execute and deliver to Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of the PrimeStar-H Fund I Trust, its servicer and/or attorneys, the documents comprising Exhibit 1 attached hereto for the purposes of implementing their plan to transfer title of the property.

4

WHEREFORE, the debtors, through their attorneys, and creditor, Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of the PrimeStar-H Fund I Trust, through its attorneys, respectfully request that this Honorable Court enter an order modifying Section G of the confirmed Modified Chapter 13 Plan:

    A.    to change the name of the entity to whom the property located at 284 Dogwood Lane, Lake Delton, Wisconsin 53940 is surrendered and in whom said property is vested from Statebridge Company, LLC to Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of the PrimeStar-H Fund I Trust; and,

    B.    to authorize and direct the debtors to execute and deliver to Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of the PrimeStar-H Fund I Trust, its servicer and/or attorneys, the documents comprising Exhibit 1 attached hereto for the purposes of implementing their plan to transfer title of the property.

Dated this ___ day of March, 2016.

SULAIMAN LAW GROUP, LTD
Attorneys for Debtors

By: _____
Penelope N. Bach

Dated this ___ day of March, 2016.

O'DESS AND ASSOCIATES, S.C.
Attorneys for Wilmington Savings Fund Society,
FSB, not in its individual capacity but solely as Trustee of the PrimeStar-H Fund I Trust
c/o Statebridge Company, LLC, its servicer

By: _____
D. Alexander Martin

5

## WARRANTY DEED

Document Number:

Return address:
O'Dess and Associates, S.C.
1414 Underwood Avenue Suite 403
Wauwatosa, WI 53213

Parcel ID Number:    146-1053-60680

## WARRANTY DEED

THIS INDENTURE, made this 16 day of Jan, 2016, between Oliver B. Mercado and Kim G. Mercado, husband and wife, of the City of Arlington Hts, County of Cook, State of IL, hereinafter referred to as "Grantor" whether one or more than one person, and Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of the PrimeStar-H Funding I Trust, hereinafter referred to as "Grantee";

WITNESSETH: That the Grantor, for and in consideration of the sum of One Dollars, in hand paid, and the full cancellation and satisfaction of the mortgage indebtedness herein described, conveys and warrants to the said Grantee, its successors and assigns, the following described premises, to-wit:

Lot 68, SPRING BROOK GREENS, in the Village of Lake Delton, Sauk County, Wisconsin, together with an easement for vehicular and pedestrian access over Outlot One (1) and Five (5), Spring Brook Greens, and an easement for emergency egress over Outlot Four (4), Spring Brook Greens. The Easement over Outlots One (1) and Five (5) is described in the Declaration of Protective Covenants for Spring Brook Greens and in the Declaration of Easement recorded with the Sauk County Register of Deeds as Document No. 591373. The Easement over Outlot Four (4) is described in the aforementioned Declaration of Easements. More commonly known as 284 Dogwood Lane. Tax Key No. 146-1053-60680

1


EXHIBIT 1

together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in any way appertaining thereto, hereby releasing and waiving all rights under and by virtue of the Homestead Exemption laws of the said state where the above premises are situated.

THIS DEED is given in full cancellation and satisfaction of a certain mortgage on the above described premises and the indebtedness secured by said mortgage recorded on August 17, 2004, in the Office of the Register of Deeds for Columbia County, State of Wisconsin, as Document Number 845892.

It is the express intent of both the Grantor(s) and Grantee that the legal estate acquired by the Grantee pursuant to the conveyance by this deed shall not be merged with the mortgage and security agreement referenced above and said mortgage shall remain in full force and effect until satisfied of record by Grantee, its successors and/or assigns.

IN WITNESS WHEREOF, the said Grantor has hereunto set their hands and seals the day and year first above written.

_____(SEAL)
Oliver B. Mercado

STATE OF Illinois    )
                     ) ss.
COUNTY OF DuPage     )

I, Laritza Arcos, a Notary Public in and for the County and State aforesaid, DO HEREBY CERTIFY THAT Oliver B. Mercado, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that he signed, sealed, and delivered said instrument as his free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and seal this 20th day of January, 2016.

Official Seal
Laritza Arcos
Notary Public State of Illinois
My Commission Expires 11/12/2019

_____
Laritza Arcos  (Print Name)
Notary Public, State of Wisconsin
My Commission: 11/12/2019

2

_____(SEAL)
Kim G. Mercado

STATE OF Illinois    )
                     ) ss.
COUNTY OF DuPage     )

I, Laritza Arcos_____, a Notary Public in and for the County and State aforesaid, DO HEREBY CERTIFY THAT Kim G. Mercado, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that she signed, sealed, and delivered said instrument as her free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and seal this 20th day of January, 2016.

Official Seal
Laritza Arcos
Notary Public State of Illinois
My Commission Expires 11/12/2019

Laritza Arcos_____(Print Name)
Notary Public, State of Illinois
My Commission: 11/12/2019


This instrument was drafted by M. Abigail O'Dess whose business address is 1414 Underwood Avenue, Suite 403, Wauwatosa, WI 53213

3

## ASSIGNMENT OF INTEREST BY INSURED

The interest of the undersigned insured in Policy No. _____ of the _____ (the "Insurance Company") is hereby assigned to Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of the PrimeStar-H Funding I Trust, subject to the consent of said Insurance Company.

Dated: __Jan 18__, 2016   _____
                          Oliver B. Mercado

Dated: __Jan 18__, 2016   _____
                          Kim G. Mercado

## CONSENT BY COMPANY TO ASSIGNMENT OF INTEREST

The above named Insurance Company hereby consents to the foregoing assignment, attached to and forming part of Policy No. _____ of the _____ issued at _____ Agency.

Dated: _____, 2016   _____
                              Agent

**O'Dess and Associates, S.C., is attempting to collect a debt and any information obtained will be used for that purpose.**

If you have previously received a Chapter 7 Discharge in Bankruptcy, this correspondence should not be construed as an attempt to collect a debt.

ESTOPPEL AFFIDAVIT

Document Number:

Return address:
O'Dess and Associates, S.C.
1414 Underwood Avenue Suite 403
Wauwatosa, WI 53213

Parcel ID Number: 146-1053-60680

ESTOPPEL AFFIDAVIT

STATE OF Illinois         )
                          ) ss.
COUNTY OF Dupage          )

    Oliver B. Mercado and Kim G. Mercado, husband and wife, being first duly sworn on oath, depose and say that they are the identical parties who made, executed and delivered that certain deed to Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of the PrimeStar-H Funding I Trust, its successors and assigns dated the 10 day of Jan, 2016, conveying the following described property, to-wit:

> Lot 68, SPRING BROOK GREENS, in the Village of Lake Delton, Sauk County, Wisconsin, together with an easement for vehicular and pedestrian access over Outlot One (1) and Five (5), Spring Brook Greens, and an easement for emergency egress over Outlot Four (4), Spring Brook Greens. The Easement over Outlots One (1) and Five (5) is described in the Declaration of Protective Covenants for Spring Brook Greens and in the Declaration of Easement recorded with the Sauk County Register of Deeds as Document No. 591373. The Easement over Outlot Four (4) is described in the aforementioned Declaration of Easements. More commonly known as 284 Dogwood Lane. Tax Key No. 146-1053-60680

That the aforesaid deed was an absolute conveyance of the title to the said premises to the grantee named therein in effect as well as in form and was not and is not now intended as a mortgage, trust conveyance, or security of any kind, and that possession of said premises has been surrendered to the said grantee; that the consideration in and for said deed was and is the full cancellation of all debts, obligations, costs and charges heretofore existing under and by virtue of the terms of a certain mortgage heretofore existing on the property therein and herein before described, said mortgage being duly recorded on August 17, 2004 as Document Number 845892, and the cancellation of record by said grantee of said mortgage and canceled note.

That the aforesaid deed and conveyance was made by the deponent as the result of their request, that the grantee accept such deed as was their free and voluntary act in consideration of a complete release of the indebtedness secured by the mortgage and the cancellation; that at the time of making said deed the deponents felt and still feel that the mortgage indebtedness above mentioned represents a fair value of the property so deeded; that said deed was not given as a preference against any other creditors of the deponents; that it was the intention of the deponents as grantor by means of such deed to pass the entire title to the grantee named therein, and that they now make no claim to said real estate or any interest therein; and that they are making the affidavit for the purpose of inducing Wisconsin Title Service Company, Inc., and Old Republic National Title Insurance Company to guarantee the title based upon said deed; that at the time it was given there were no other persons, firms or corporations, other than the grantee therein named, interested either directly or indirectly in said premises; that the deponents have no other creditors whose rights would be prejudiced by such conveyance, and that deponents are not obligated upon any bond or other mortgage whereby any lien has been created or exists against the premises described in said deed; and that deponents in offering to execute the aforesaid deed to the grantee therein and in executing same were not acting under any duress, undue influence, misapprehension, or misrepresentation, by the grantee in said deed, or agent, or attorney or any other representative of the grantee in said deed, and that it was the intention of the deponents as grantor in said deed to convey, and by said deed deponents did convey, to the grantee herein all their rights, title and interest absolutely in and to the premises described in said deed; that deponents are aware of their rights and duties as defaulting mortgagors and that the conveyance is made in lieu of foreclosure and possible deficiency judgment. That this affidavit is made for the protection and benefit of the aforesaid grantee in said deed, its successors and assigns, and all other parties hereafter dealing with or who may acquire an interest in the property described therein, and shall bind the respective heirs, executors and administrators and assigns of the undersigned.

Dated at the City of Oak Brook, Illinois, this 20th day of January, 2016.

_____
Oliver B. Mercado

Subscribed and sworn to before me on
20th day of January, 2016.

_____
Carmen L. Ayala (Print Name)
Notary Public, State of IL
My Commission: 12/3/19

Official Seal
Carmen L Ayala
Notary Public State of Illinois
My Commission Expires 12/03/2019

_____
Kim G. Mercado

Subscribed and sworn to before me on
20th day of January, 2016.

_____
Carmen L. Ayala (Print Name)
Notary Public, State of IL
My Commission: 12/3/19

Official Seal
Carmen L Ayala
Notary Public State of Illinois
My Commission Expires 12/03/2019

This instrument was drafted by M. Abigail O'Dess whose business address is 1414 Underwood Avenue, Suite 403, Wauwatosa, WI 53213

## Transfer Tax Return Form

Social Security Number for Oliver B. Mercado: ███████

Forwarding Address: 602 W. Happfield Dr.
Arlington Hts. IL 60004

Telephone Number: ███████

Social Security Number for Kim G. Mercado: ___ __ ____

Forwarding Address: 602 W. Happfield Dr.
Arlington Hts. IL 60004

Telephone Number: ███████

**O'Dess and Associates, S.C., is attempting to collect a debt and any information obtained will be used for that purpose.**

If you have previously received a Chapter 7 Discharge in Bankruptcy, this correspondence should not be construed as an attempt to collect a debt.

## RECORDING GAP INDEMNITY

Commitment No. <u>1503R0441</u>

WHEREAS, the Old Republic National Title Insurance Company, Inc. (Old Republic) is about to issue its title insurance policy or policies (the Policies) to proposed insured(s) for property described in the above referenced commitment, insuring against loss by reason of defects in the title to said property (the Land);

AND, WHEREAS, Old Republic has made exception for the defects, liens, encumbrances, adverse claims or other matters, if any, created, first appearing in the public records or attaching between the effective date of the title insurance Commitments and the date of recording of the deed and/or mortgage to be insured [Gap Defect(s)];

AND WHEREAS, Old Republic has been asked to issue the Policies, and may hereafter in the ordinary course of its business issue title insurance policies or commitments in respect to the Land, or some part or interest in it (the Future Policies), removing or insuring against loss by reason of the Gap Defect(s);

NOW THEREFORE, in consideration of the issuance of the Policies or Future Policies, the undersigned covenant(s) and agree(s) with Old Republic forever to protect, defend and save Old Republic harmless from and against Gap Defect(s) created, suffered, or agreed to by the undersigned and except as disclosed in writing to Old Republic, and any right, interest or defect growing out of the same, including all loss, costs, damages, and attorneys' fees and expenses which may incur by reason thereof, including loss, costs, damages, fees, and expenses incurred in actions brought to enforce this agreement; to defend at undersigned's own cost any and every suit, action or proceeding in which the Gap Defect(s) was created, suffered, or agreed to by the undersigned and, except as disclosed in writing to Old Republic, is or are asserted against the real estate; to satisfy or remove such Gap Defect(s) on written demand within thirty days; and that each and every provision herein shall extend to and be in force concerning Future Policies.

Dated this  1/20/2016

FOR CORPORATIONS

Name _____

By _____
   (Signature)

_____
(Print Name and Title)

_____
(Address – new address if moving)

_____
City          State          Zip

Gap Undertaking
App'd MC 8-15-2014

FOR INDIVIDUALS

X _____
  (Signature)

OLIVER B. MERCADO
(Print Name)

_____
(Address – new address if moving)

_____
City          State          Zip

## RECORDING GAP INDEMNITY

Commitment No. **1503R0441**

WHEREAS, the Old Republic National Title Insurance Company, Inc. (Old Republic) is about to issue its title insurance policy or policies (the Policies) to proposed insured(s) for property described in the above referenced commitment, insuring against loss by reason of defects in the title to said property (the Land);

AND, WHEREAS, Old Republic has made exception for the defects, liens, encumbrances, adverse claims or other matters, if any, created, first appearing in the public records or attaching between the effective date of the title insurance Commitments and the date of recording of the deed and/or mortgage to be insured [Gap Defect(s)];

AND WHEREAS, Old Republic has been asked to issue the Policies, and may hereafter in the ordinary course of its business issue title insurance policies or commitments in respect to the Land, or some part or interest in it (the Future Policies), removing or insuring against loss by reason of the Gap Defect(s);

NOW THEREFORE, in consideration of the issuance of the Policies or Future Policies, the undersigned covenant(s) and agree(s) with Old Republic forever to protect, defend and save Old Republic harmless from and against Gap Defect(s) created, suffered, or agreed to by the undersigned and except as disclosed in writing to Old Republic, and any right, interest or defect growing out of the same, including all loss, costs, damages, and attorneys' fees and expenses which may incur by reason thereof, including loss, costs, damages, fees, and expenses incurred in actions brought to enforce this agreement; to defend at undersigned's own cost any and every suit, action or proceeding in which the Gap Defect(s) was created, suffered, or agreed to by the undersigned and, except as disclosed in writing to Old Republic, is or are asserted against the real estate; to satisfy or remove such Gap Defect(s) on written demand within thirty days; and that each and every provision herein shall extend to and be in force concerning Future Policies.

Dated this _____

FOR CORPORATIONS

Name _____

By _____
　(Signature)

_____
(Print Name and Title)

_____
(Address – new address if moving)

_____
City　　　　State　　　Zip

Gap Undertaking
App'd MC 8-15-2014

FOR INDIVIDUALS

Y _____*Km/s*_____
(Signature)

_____Kim G. MERCADO_____
(Print Name)

_____
(Address – new address if moving)

_____
City　　　　　　State　　Zip

Wisconsin Title Service, Inc
1718 Paramount Drive
P O Box 618
Waukesha, WI 53187
(262)-542-1700

**OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY**

STATE OF WISCONSIN  )
                    ) ss.
COUNTY OF Columbia) 

AFFIDAVIT BY OWNER

COMMITMENT NO. 1503R0441
Property Address: 284 Dogwood Lane

The undersigned owner(s), in consideration of selling the real estate described herein and in consideration of Old Republic National Title Insurance Company issuing its Policy(s) of title insurance insuring an interest in or title to the real estate described herein, and being first duly sworn on oath, deposes, states, and warrants, except as stated in Paragraph 7 below:

1. That the undersigned is an owner of real estate which is described in the above referenced commitment (hereinafter called the property");

2. That there are no encroachments of fences, buildings or other improvements to the property onto any easement or onto adjoining property, an no encroachments of any fences, buildings other improvements of adjoining premises onto the property;

3. That there are not any unrecorded easements, party walls, agreements, or rights-of-way which affect the property;

4. * That during the last six months, no work has been done and no materials have been furnished in connection with the improvement of said property. That there are no uncompleted buildings, structures or other improvements situated thereon;

* (STRIKE INAPPLICABLE PARAGRAPH)

* That during the last six months, work has been done and materials furnished in order to make improvements to the property, but that except as stated in Paragraph 7, all of said work and materials have been fully paid for and there are no claims or disputes in existence with reference thereto, that no notice of intent to lien has been given, and that waivers of lien from all appropriate parties are attached hereto.

5. That owner is in sole possession of the property and that no other party has possession or has right of possession under any lease or other agreement, written or oral;

6. That since the effective date of the commitment referenced above, owner has not filed bankruptcy, received notice of any pending cause of action, conveyed or encumbered the property or is currently a party to any action that could result in the filing of any judgment or lien against the property.

7. Exceptions to above statement:

_____
_____

**OWNERS**

_____
Oliver B. Mercado

_____
Kim G. Mercado

The foregoing instrument was acknowledged before me this _January 20th_, 20_16_, by Oliver B. Mercado and Kim G. Mercado.

_____
Notary Public

My Commission Expires 11/12/2019

Official Seal
Laritza Arcos
Notary Public State of Illinois
My Commission Expires 11/12/2019

(SEAL)

### PERSONAL PROPERTY RELEASE

THIS PERSONAL PROPERTY RELEASE, made this __2th__ day of __January__, 2016, between Oliver B. Mercado and Kim G. Mercardo, "Grantor(s)" who currently owns the property at 284 Dogwood Lane, Lake Delton, Wisconsin and Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of the PrimeStar-H Funding I Trust "Grantee".

WHEREAS, "Grantee" is being conveyed title to property located 284 Dogwood Lane, Lake Delton, Wisconsin by virtue of a Deed in Lieu of Foreclosure executed on __20th__ day of __January__ 2016, and

WHEREAS, "Grantor(s)" agrees to vacate premises at 284 Dogwood Lane, Lake Delton, Wisconsin by __20th__ day of __January__, 2016 and hereby releases "Grantee" of any liability or harm to "Grantee" whatsoever for any and all personal property and declares the personal property is under $500.00 in resale value in the premises after the agreed upon vacate date.

**THE UNDERSIGNED GRANTOR(S), HAS READ THE FOREGOING PERSONAL PROPERTY RELEASE AND UNDERSTANDS IT, AND HAS HAD THE OPPORTUNITY TO CONSULT WITH COUNSEL AND AGREE THAT ALL DOUBTS AND AMBIGUITIES IN CONNECTION WITH THIS PERSONAL PROPERTY RELEASE SHALL BE CONSTRUED IN FAVOR OF THE RELEASED PARTY.**

_____
Oliver B. Mercado

_____
Kim G. Mercado

STATE OF __Illinois__
COUNTY OF __DuPage__

I, __Laritza Arcos__, a Notary Public of the County and State aforesaid, certify that Oliver B. Mercado and Kim G. Mercado, Grantors, personally appeared before me on this day and acknowledged the execution of the foregoing instrument. Witness my hand and official seal, this __20th__ day of __January__, 2016.

_____
__Laritza Arcos__
Print Name
My Commission Expires: __11/12/2019__

Official Seal
Laritza Arcos
Notary Public State of Illinois
My Commission Expires 11/12/2019