IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| OLIVER BITUIN MERCADO | ) | Case No. 14-26544 |
| and KIM APRIL G. MERCADO | ) | Chapter 13 |
| *aka* KIM GATAPIA MERCADO, | ) | Judge: Timothy A. Barnes |
| Debtors. | | |

ORDER GRANTING JOINT MOTION TO MODIFY CONFIRMED
PLAN PURSUANT TO 11 U.S.C. §1329

THIS MATTER coming to be heard on the Joint Motion to Modify Confirmed Plan Pursuant to 11 U.S.C. §1329, the court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED AS FOLLOWS:

1. The name of the entity to whom the real property located at 284 Dogwood Lane, Lake Delton, Wisconsin 53940 is surrendered and in whom said property is vested is changed from Statebridge Company, LLC to Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of the PrimeStar-H Fund I Trust.

2. The debtors are authorized and directed to execute and deliver to Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of the PrimeStar-H Fund I Trust, its servicer and/or attorneys, the documents comprising Exhibit 1 attached to the Joint Motion to Modify the Confirmed Plan for the purposes of implementing the debtors' plan to convey title of the property located at 284 Dogwood Lane, Lake Delton, Wisconsin 53940.

Enter:

United States Bankruptcy Judge

Drafted by:
D. Alexander Martin
O'Dess and Associates, S.C.
1414 Underwood Avenue, Suite 403
Wauwatosa, WI 53213
(414) 727-1591
(414) 727-1590 fax
dmartin@odesslaw.com